IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, ) | |
| ) | Case No. 7-10-cv-00031 |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION |
| ) | |
| TINA L. CARTER, *et al*. ) | |
| ) | |
| Defendants. ) | |

The parties, by counsel, pursuant to paragraph 10 of the Court's February 24, 2010 Scheduling Order, hereby stipulate that all the deadlines in paragraphs 4 through 8 of the Scheduling Order be adjusted by extending them 60 days.

Further, pursuant to paragraph 12 of the Court's February 24, 2010 Scheduling Order, the parties hereby notify the Court that this matter has been resolved between them and that the parties will provide the Court a proposed final order or a dismissal with prejudice, pursuant to Fed.R.Civ.P. 41, within 60 days.

**/s/ E. Ford Stephens**
Virginia Bar Number: 25959
Counsel for Plaintiff, Minnesota Life Insurance Company
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Fax: (804) 697-4112
estephens@cblaw.com

**/s/ C. Richard Cranwell**
Virginia Bar Number: 3347
Counsel for defendant Brenda Jessee
Cranwell, Moore & Emick
P.O. Box 11804
Roanoke, Virginia 24022-1804
Telephone: (540) 344-1000
Fax: (540) 344-7073
Email: crc@cranwellmoorelaw.com

**/s/ David Allen Whitehurst**
Whitehurst Law Office, PLLC
Counsel for defendant Tina L. Carter
P.O. Box 1146
Bedford, Virginia 24523
Telephone: 540-586-7277
Email: dwlawoffice@aol.com