CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 12 2010

JOHN F. CORCORAN, CLERK
BY: /s/
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 7:10CV00031 |
| Plaintiff, | ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| TINA L. CARTER, et al., | ) ) | By:  Hon. Glen E. Conrad |
| | ) | United States District Judge |
| Defendants. | ) | |

This matter is before the court pursuant to the parties' Stipulation, filed with the court on April 20, 2010, advising the court that this case has been settled, and the court, being advised that the interests of a minor child are implicated, finds that it is appropriate to appoint a guardian *ad litem* to represent the interests of the said minor child. It is, therefore,

ORDERED

that, pursuant to Va. Code Ann. § 8.01-9(A), the court appoints Stephanie G. Cook, Esq., Kalbaugh Pfund & Messersmith, 2840 Electric Road, Suite 111, Roanoke, Virginia 24018, as guardian *ad litem* and counsel of record for the minor child, Jamie Nicole Jessee, to represent, defend, and protect the interests of said minor in this proceeding. The clerk is directed to make copies of any pleadings filed in this case which Ms. Cook may designate and to do so at no expense to her.

The clerk is directed to send certified copies of this order to all counsel of record, and to Stephanie G. Cook, Esq., Kalbaugh Pfund & Messersmith, 2840 Electric Road, Suite 111, Roanoke, Virginia 24018.

ENTER this 12th day of May, 2010.

/s/ Glen E. Conrad
United States District Judge